IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHIRLEY MACK,                                  :

    Plaintiff,                             :
                                      Case No. 3:12cv00115

vs.                                            :

                                      District Judge Thomas M. Rose

CAROLYN W. COLVIN,                             :  Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                       :

    Defendant.                             :

___

# DECISION AND ENTRY

___

      The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

      Accordingly, it is hereby **ORDERED** that:

    1.    The Report and Recommendations filed on July 30, 2013 (Doc. #13) is ADOPTED in full;

    2.    The Commissioner's final non-disability decision is reversed;

    3.    Plaintiff Shirley Mack's case is REMANDED to the Social Security Administration for payment of benefits, based on her disability onset date of March 24, 2000, consistent with the Social Security Act; and

4. The case is terminated on the docket of this Court.

August 20, 2013                                     s/*Thomas M. Rose*

                                                                    _____
                                                                            Thomas M. Rose
                                                                    United States District Judge