# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SHIRLEY MACK, | : |
| Plaintiff, | : |
| | Case No. 3:12cv00115 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 4, 2014 (Doc. #19) is ADOPTED in full;

2. The Motion For Allowance Of Attorney Fees (Doc. #18) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the total amount of $22,000.00;

4. Plaintiff's counsel is directed to reimburse Plaintiff the amount of EAJA fees – $6,950.00 – previously awarded to counsel; and

5. The case remains terminated on the docket of this Court.

September 24, 2014                              *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge